## Waldron agt Jenkins

Jsaac Waldron plaint. ag$^t$ Joel Jenkins Def$^t$ in an action of the case for detaining and keeping from him one Oxe without any Legall right or title to him which was taken off from his Farme called Bennets Farme somtime in Octob$^r$ or November. last whereby the s$^d$ Waldron is damnified four pound in Silver and all other due damages according to attachm$^t$ dat$^d$ January. 6th 1676. . . . The Jury . . . found for the plaintife the Oxe Sued for or Four pound in mony & costs of Court. The Defend$^t$ appealed from this Judgem$^t$ unto the next Court of Assistants & himselfe principall in Eight pounds & Capt$^n$ Tho: Marshall & Jn$^o$ Flood as Sureties in £.4. apeice bound themselves respectiuely . . . on condition the s$^d$ Joel Jenkins should prosecute his appeale . . .

[ See the second case above. Waldron's answer to Jenkins' Reasons of Appeal is in S. F. 162160.1. Waldron was sustained in the higher court — Records of Court of Assistants, i. 78.]